Form Number LR 3015-1 A (07/10)

# Chapter 13 Plan

Case No.: __13-82272__

Debtor(s): __David Phillips__          SS#: xxx-xx-6975          Net Monthly Earnings: $ _6806.54_ ☐

_____          SS#: _____          Number of Dependents: __0__

I. Plan Payments:

(☒) Debtor(s) proposes to pay a periodic payment of $ _515.00_          ○ weekly  ○ biweekly  ○ semi-thenly  ● monthly into the plan; or

(☐) Payroll deduction order: To _____ for $ _____  ○ weekly  ○ biweekly  ○ semi-monthly  ○ monthly.

Length of plan is approximately __60__ months, and the total debt to be paid through the plan is approximately $ _30900.00_ .

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| IRS | tax | 2054.63 | * |
|  |  |  |  |
|  |  |  |  |

B. Total Attorney Fee: $ _2750_          ; $ _407.00_ paid pre-petition; $ _2343.00_ to be paid at confirmation and $_____ per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| NA | | ☐ by Trustee<br>☑ by Debtor | | | | | |
| | | ☐ by Trustee<br>☐ by Debtor | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Freedom Road Financial | 73.86 | 7386.00 | 7386.00 | 0 | 2012 Triumph T-100 | 5.25% | 400.00 | * |
| GECRB/ Home Design | 15.29 | 1529.00 | 1529.00 | 0 | Furniture | 5.25% | 75.00 | * |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions (check all applicable boxes):

☑ This is an original plan.

☐ This is an amended plan replacing plan dated _____ .

☑ This plan proposes to pay unsecured creditors _pro rata_ %.

☑ Other provisions: see attached _____

Name/Address/Telephone/Attorney for Debtor(s):

Jeffrey B Irby
229 East Side Square
Huntsville, AL 35801

Dated: __July 30, 2013__

/s/: David Phillips
Signature of Debtor

_____
Signature of Debtor

Telephone #: _256-517-1505 fax 256-517-1521_

**ATTACHMENT**

(1) All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment requests to facilitate these monthly maintenance payments.

(2) Payments by the Trustee-Pursuant to 11 U.S.C. § 1326(b), from money received, the trustee shall first pay 507(a)(2)costs, including 503 (b) claims of filing fees of $281.00 and then the remainder of the attorneys fees of $2343.00. When these costs have been paid, the trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed pro-rata to properly filed unsecured claims.

(3) ALL SECURED CLAIMS SHALL BE PAID AS NOTED IN SECTION 2 OR UNTIL SAID CLAIM IS PAID IN FULL. CLAIMS DISTRIBUTION WILL BE SUBJECT TO MODIFICATION AFTER BAR DATE REVIEW.

(4) From the plan payments received, the trustee shall first pay any unpaid filing fees and administrative costs, except attorney fees. From the remaining balance, the required adequate protection payment(s) shall be paid at the earliest possible time, with the balance going toward paying attorney fees until paid in full. When these costs have been paid, the trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed pro rata to properly filed unsecured claims.

(5) Filing fee to be paid thru the Plan.

(6) Debtor surrenders Jeep to Fidelity Bank for the debt.

(7) BBVA Compass unsecured debt to be paid 100% due to so-signer.