UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of: }
}
}
David Wayne Phillips } Case No. 13-82272-JAC-13
SSN: XXX-XX-6975 }
} Chapter 13
}
}
Debtor(s) }
}

ORDER

This matter came before the court without a hearing on the following:

Objection by Debtor(s) to Proof of Claim #2 filed by Freedom Road Financial and Notice of Opportunity for Hearing.

The Court considered the pleading and no responses have been filed.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that:

The Objection by Debtor(s) to Proof of Claim #2 filed by Freedom Road Financial as to interest rate is hereby sustained and said claim shall be paid at the rate of 5.25%.

Dated: September 24, 2013

/s/ Jack Caddell
Jack Caddell
U.S. Bankruptcy Judge